UNITED STATES of America, Appellee,

v.

George HARPER, Appellant.

No. 01–1516.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 14, 2001.

Filed Dec. 5, 2001.

Before BYE, RICHARD S. ARNOLD, and RILEY, Circuit Judges.

PER CURIAM.

The district court[1] dismissed as time-barred George Harper's initial 28 U.S.C. § 2255 motion, which sought retroactive application of Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We subsequently determined that

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

**682**

*Apprendi* may not be applied retroactively to initial § 2255 motions. *United States v. Moss*, 252 F.3d 993, 997 (8th Cir.2001); *see also Murphy v. United States*, 268 F.3d 599, 601 (8th Cir.2001) (applying *Moss* ); *Jarrett v. United States*, 266 F.3d 789, 791 (8th Cir.2001) (same).

Our decision in *Moss* is fatal to Harper's *Apprendi* claim. We therefore affirm the district court's dismissal of Harper's § 2255 motion.